**Rodney A. HALL, Appellant,**

v.

**AMERICAN GENERAL FINANCIAL SERVICE, INC., aka and d/b/a American General Finance, Inc. and American General Financial Group, Appellee.**

No. 06–1768.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 22, 2008.

Filed: Jan. 29, 2008.

Rodney A. Hall, Joplin, MO, pro se.

Dorothy L. Young, Jody A. Ballmer, D. Chad Anderton, Littler & Mendelson, Chicago, IL, for Appellee.

Before BYE, SMITH, and BENTON, Circuit Judges.

of Missouri.

1. The Honorable William A. Knox, United States Magistrate Judge for the Western Dis-

[UNPUBLISHED]

PER CURIAM.

Rodney A. Hall appeals the district court's [1] order denying his motion to vacate an arbitration award, and confirming the award in favor of American General Financial Services, Inc. We agree with the district court that Hall produced no evidence that the statutory grounds for vacating an award had been met, and did not otherwise show that the award was completely irrational or demonstrated a manifest disregard for the law. *See Stark v. Sandberg, Phoenix & von Gontard, P.C.,* 381 F.3d 793, 798 (8th Cir.2004) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Hall's pending motion.

trict of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).